**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TAMASINA L. VENATTA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-4221-JLF |
| | ) |
| **DENNIS A. BREBNER & ASSOCIATES,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is a motion to strike **(Doc. 51)** to which there has been no response. Defendant is **ORDERED** to show cause on or before November 13, 2006 why the motion should not be granted. Failure to comply with this Order will result in admission of the merits of the motion.

**IT IS SO ORDERED.**

**DATED**: November 1, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE**