## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMASINA L. VENATTA,          ) | |
|       )  | |
|     Plaintiff,          ) | |
|       ) | |
| vs.          ) | Case No. 05-4221-JPG |
|       ) | |
| DENNIS A. BREBNER & ASSOCIATES,    ) | |
|       ) | |
|     Defendant.          ) | |

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED** with prejudice.

 

**NORBERT G. JAWORSKI,**
**CLERK OF COURT**

**February 13, 2007.**          By:s/Deborah Agans, Deputy Clerk
*Date*

Approved: *s/ J. Phil Gilbert*          **EOD:** 2/13/07